IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00376-GCM

NOEL RIVERA,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

**ORDER**

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), and Defendant's response, it is

**ORDERED** that:

1. Plaintiff's attorney is awarded attorney's fees in the amount of $9,575.25;

2. Defendant shall pay said amount to Plaintiff's attorney within a reasonable time; and

3. Plaintiff's attorney shall refund Plaintiff the lesser of the EAJA fee of $5,600.00 that counsel received due to the Court's previous award or the fee received pursuant to this motion.

**SO ORDERED**.

Signed: May 6, 2021

Graham C. Mullen
United States District Judge